Approved, SCAO

Delridge Corporation
(800) 530-2255

Original - Court
1st copy - Plaintiff
2nd copy - Defendant

| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF MICHIGAN<br>SOUTHERN DIVISION | CERTIFICATE OF SATISFIED JUDGMENT | CASE NO.<br>2:11-cv-10368<br>Hon. Stephen J. Murphy III |
|---|---|---|

**Court address**
231 W. Lafayette Blvd., Detroit, Michigan 48226

**Court telephone no.**
313-234-5005

**Plaintiff's name(s), address(es) and telephone no(s).**
TRUSTEES OF THE PAINTERS UNION DEPOSIT FUND
c/o Richard M. Selik and Stephen D. Kursman
Finkel Whitefield Selik
32300 Northwestern Highway, Suite 200
Farmington Hills, Michigan 48334

v

**Defendant's name(s), address(es) and telephone no(s).**
G&M PAINTING ENTERPRISES, INC.
G&M PAINTING INDUSTRIES, L.L.C. and
YUVAKIM GUGUDI
18902 Quarry
Riverview, Michigan 48193

**Plaintiff attorney, bar no., address, and telephone no.**
Finkel Whitefield Selik
Stephen D. Kursman (P37902)
32300 Northwestern Highway, Suite 200
Farmington Hills, Michigan 48334
(248) 855-6500

**FILED**
FEB - 3 2014
CLERK'S OFFICE, DETROIT-PSG
U.S. DISTRICT COURT

A judgment was entered by this court on **March 22, 2011**
Date

[X] **Satisfaction by Party**

The judgment has been satisfied in full as to [X] all defendants * [ ] defendant

Name: Finkel Whitefield Selik by Stephen D. Kursman

January 29, 2014
Date

Plaintiff/Attorney signature  Stephen D. Kursman (P37902)

* judgment between the same parties in case 12-14267 remains outstanding and is not satisfied.

[ ] **Satisfaction by Clerk of the Court**

The judgment has been paid in full to the court on _____ Date

2/3/2014
Date

Court clerk/Deputy court clerk

[ ] **Satisfaction by Judge**

After hearing, it has been determined that the judgment has been satisfied in full.

_____          _____
Date                   Judge

**CERTIFICATE OF MAILING**

I certify that on this date copies of this satisfaction were served upon the parties and their attorneys by ordinary mail at the address shown above.

2/3/2014
Date

Signature

MC 17 (6/04)  CERTIFICATE OF SATISFIED JUDGMENT                                   MCR 2.620